# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>FGIS, LLC, et al.<br><br>　　　　Defendant(s). | CASE NO.<br>2:20−cv−03644−DSF−RAO<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

　　　Generally, defendants must answer the complaint within 21 days after service or 60 days if the defendant is the United States.  Fed. R. Civ. P. 12(a)(1).

　　　In this case, FGIS, LLC failed to plead or otherwise defend within the relevant time. The Court orders plaintiff to show cause in writing on or before June 22, 2020 why the claims against the non-appearing defendant(s) should not be dismissed for lack of prosecution.  Failure to respond to this Order may result in sanctions, including dismissal for failure to prosecute.

　　　IT IS SO ORDERED.

Date: June 8, 2020　　　　　　　　　　　　　　 /s/ *Dale S. Fischer*
　　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　United States District Judge